IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| WILLIAM CECIL THORNTON, | ) | Case No. C 15-4765 PSG (PR) |
| Plaintiff, | ) ) | **ORDER OF TRANSFER** |
| v. | ) ) | |
| UNKNOWN, | ) ) | |
| Defendant. | ) ) | |

On October 15, 2015, William Cecil Thornton, proceeding *pro se*, filed a letter that was construed as an intention to file a civil rights complaint pursuant to 42 U.S.C. § 1983.[1] Although not a formal complaint, Thornton's letter demonstrates that he complains about events that occurred at Valley State Prison, which is located in Madara County. Because Madera County lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one.[2] Accordingly, this case is TRANSFERRED to the Eastern District of California.[3] The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District

---

[1] Thornton has consented to magistrate judge jurisdiction. (Docket No. 6.)

[2] *See* 28 U.S.C. § 1391(b).

[3] *See* 28 U.S.C. § 1406(a).

Case No. C 15-4765 PSG (PR)
ORDER OF TRANSFER

1  of California.

2  IT IS SO ORDERED.

3  DATED: 11/24/2015

PAUL S. GREWAL
United States Magistrate Judge

Case No. C 15-4765 PSG (PR)
ORDER OF TRANSFER                              2